# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ANDRES ROMERO-NATIVIDAD<br>DOB: xx-xx-1983; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>10-01557M |

FILED
RECEIVED
LODGED
COPY
JAN 1 2010
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Complaint for violation of Title 18 United States Code § 111(a)(1) & 114

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about the 16th day of January 2010, in the District of Arizona, the defendant, ANDRES ROMERO-NATIVIDAD, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with Hector Vasquez, a Border Patrol Agent, while Agent Hector Vasquez was engaged in his official duties, such act constituting more than simple assault, a felony, in violation of Title 18, United States Code, Section 111(a)(1) and 1114.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

While performing his official duties, Border Patrol Agent Hector Vasquez was driving southbound on SR85 and saw three subjects walking near the highway. One of the subjects, later identified as ROMERO broke away from the group and began walking alone. BPA Vasquez stopped and conducted an interview with all three subjects. After the brief immigration interview BPA Vasquez attempted to handcuff ROMERO, and ROMERO resisted and a struggle ensued. Both individuals went down the ground and agents came to assist. BPA Vasquez sustained injuries to his knees and elbows.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Adan Garcia-Equihua and Felix Rufino-Beltran
**DETENTION**

G. Davenport / ms
  Being duly sworn, I declare that the foregoing is
  true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT: *(signature)*

OFFICIAL TITLE: Border Patrol Agent

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| *(signature)* | |